DOROTHY SCHWARTZ et al., Appellants, v. ALDA E. PARISI et al., Respondents.— On the record here presented, it was an improvident exercise of discretion to deny the preference. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

NATHAN VANDROFF, Doing Business as VANDROFF ASSOCIATES, Respondent, v. PAULINE ZARETSKY et al., Appellants.— No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

VICTOR PRODUCTS CORPORATION, Respondent, v. SELMIX DISPENSERS, INC., Appellant.— No opinion. The examination before trial of the defendant shall proceed at the place specified in the order, on 10 days' written notice given by plaintiff to defendant or on any date mutually fixed by the parties. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.